**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.:

CARMEN HERNANDEZ,

    Plaintiff,

v.

UNITED BUILDER SERVICES, INC.; and
EDGAR SAMUEL MONTOYA MARTINEZ,
d/b/a MASTERS DRYWALL INSTALLERS,

    Defendants.

---

**DEFENDANT UNITED BUILDER SERVICES INC.'S NOTICE OF REMOVAL**

---

Comes now the Defendant, United Builder Services, Inc., by and through its attorneys, and files this Notice of Removal pursuant to 28 U.S.C. §1331, 28 U.S.C. §1441(a), (b), and (c), and 42 U.S.C. § 2000e, to remove the above-captioned action from the District Court, Jefferson County, Colorado to the United States District Court for the District of Colorado, and in support of this Notice, United Builders Service, Inc. avers:

1. Plaintiff Carmen Hernandez commenced the above-captioned action in the District Court, Jefferson County, Colorado. A true and correct copy of the Complaint is attached hereto as **Exhibit "A."**

2. This action involves claims brought by the Plaintiff on an individual basis and claims brought by the Plaintiff on behalf of a class consisting of "[a]ll individuals employed by Defendant MDI as construction laborers at the Colorado Mills project during 2017." (Compl. ¶¶

2, 45.) Plaintiff's individual claims include a claim for compensatory damages and wages, attorney's fees and costs, and equitable relief under Title VII, 42 U.S.C. § 2000e et seq. and a claim for wages under the Colorado Anti-Discrimination Act, C.R.S. § 24-34-401. Plaintiff's claims for wages, unemployment insurance premiums, additional penalties, and attorney's fees and costs are brought on an individual basis and on behalf of the putative class under the Colorado Wage Claim Act, C.R.S. §§ 8-4-109 and 8-4-110.

3. On May 8, 2017, a costly hail storm caused extensive damage to the Colorado Mills Mall located in Lakewood, Colorado. The mall was closed for six months due to extensive reconstruction, which brought hundreds of workers to the Mall. (Compl. ¶ 1.)

4. United Builders Service, Inc. is a drywall installation and commercial framing subcontracting company established in 1978. United Builders Service, Inc. specializes in large commercial and residential building projects.

5. Plaintiff was never an employee of United Builders Service, Inc.

6. United Builders Service, Inc. does not manage, nor does it share responsibility of management in any way of its subcontractor's employees.

7. Plaintiff was employed as a laborer by Masters Drywall Installers from September 18, 2017 through October 13, 2017. Her termination was a result of a general reduction in labor force consistent with the reduction of remaining work to perform. During the period of October 2017 to December 2017, the workforce was reduced from 320 workers down to 15.

8. A cause of action, filed in state court, which seeks recovery of lost wages, compensatory damages, and other equitable relief under Title VII of the Civil Rights Act of 1964

is removable to federal court as a federal question under 28 U.S.C. §§ 1331 and 42 U.S.C. § 2000e, and is subject to the removal provisions of 28 U.S.C. §§ 1441(c) and 1446. *See Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987); *Pilot Life Insurance Company v. Dedeaux*, 481 U.S. 41 (1987).

9. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 2000(e). As a civil action founded upon a claim of right arising under the laws of the United States, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a), (b), and (c).

10. This Notice of Removal is being filed within thirty (30) days of Defendants' receipt of the Complaint, as required by 28 U.S.C. § 1446(b).

11. No pleadings, process, or orders other than the Complaint have been served on Defendants and therefore, no other pleadings, process, or orders are attached to this Notice as required by 28 U.S.C. § 1446(a).

12. All fees required by law in connection with this notice have been filed by Defendant.

WHEREFORE, Defendant removes the above-captioned matter now pending in the District Court, Jefferson County, Colorado to the United States District Court for the District of Colorado.

Dated this 9th day of August, 2018.

*Original signature on file at offices of Wilson Elser Moskowitz Edelman & Dicker, LLP pursuant to C.R.C.P. 121 § 1-26*

/s/ Ryan A. Williams
Ryan A. Williams, #34545
Bridget A. Murray, #52111
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 2750
Denver, Colorado  80202
Ph. 303-572-5300
Email:  ryan.williams@wilsonelser.com
Email:  bridget.murray@wilsonelser.com
*Attorneys for Defendant United Builder Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2018, a true and correct copy of the foregoing **Notice of Removal** was filed with the Court via ECF and served to all parties of record as follows:

Andrew H. Turner, Esq.
M. Jeanette Fedele, Esq.
The Kelman Buescher Firm
600 Grant St., Suite 450
Denver, CO  80203
*Counsel for Plaintiff*

                                              *s/  Ryan A. Williams*
                                              Ryan Williams