IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

Civil Action No. 1:18-cv-02019-RM-SKC

CARMEN HERNANDEZ, on her own behalf and
on behalf of all others similarly situated,

    Plaintiff,

v.

UNITED BUILDERS SERVICE, INC., and
EDGAR SAMUEL MONTOYA MARTINEZ
d/b/a MASTERS DRYWALL INSTALLERS,

    Defendants.

---

## ORDER SETTING RULE 16(B) SCHEDULING CONFERENCE

---

Magistrate Judge S. Kato Crews

On September 27, 2018, the Court held a Status Conference wherein the Court stayed setting the Scheduling Order in this case until Defendant Edgar Samuel Montoya Martinez had been served. *See* [ECF. #32.] On October 17, 2018, Plaintiff Carmen Hernandez filed her Notice of Successful Service stating that Defendant Montoya Martinez was successfully served on October 13, 2018. [ECF. #37 p.1.] Accordingly, Defendant Montoya Martinez' answer or other response to Plaintiff's Amended Complaint [ECF. #16] is due November 7, 2018. *See* FED. R. CIV. P. 12(a)(1)(A)(i).

The Scheduling Conference is set for November 27, 2018, at 9:30 AM in Courtroom C204 before Magistrate Judge S. Kato Crews. The parties shall file a joint proposed scheduling order, and email a copy, in Word format, to

Crews_Chambers@cod.uscourt.gov, on or before seven (7) days prior to the Scheduling Conference (11/20/2018).

Accordingly, IT IS ORDERED that:

1. Defendant Edgar Samuel Montoya Martinez' shall file his answer or other response to Plaintiff's Amended Complaint no later than November 7, 2018;

2. The Rule 16(b) Scheduling Conference is set for November 27, 2018, at 9:30 AM; and

3. The parties shall file their joint proposed scheduling order, with emailed copy, in Word format, to Crews_Chambers@cod.uscourts.gov, by November 20, 2018.

DATE: October 17, 2018.

BY THE COURT:

S. Kato Crews
United States Magistrate Judge
District of Colorado